NUMBER 13-04-312-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
MARTIN LAMBERT AND VICTORIA LAMBERT,                   Appellants,

v.

CURTIS A. SNODGRASS, ET AL.,                                      Appellees.
____________________________________________________________________

On appeal from the 117th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Castillo 
Memorandum Opinion Per Curiam

         Appellants, MARTIN LAMBERT AND VICTORIA LAMBERT, perfected an
appeal from a judgment entered by the 117th District Court of Nueces County, Texas,
in cause number 04-2992-A. After the notice of appeal was filed, appellants filed
motions to dismiss the appeal as to all appellees. Appellants request that this Court
dismiss the appeal.
         The Court, having considered the documents on file and appellants’ motions 
to dismiss the appeal, is of the opinion that the motions should be granted. 
Appellants’ motions to dismiss are granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 28th day of October, 2004.